

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-16-00485-CR

Salvador **ZARATE**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 381st Judicial District Court, Starr County, Texas
Trial Court No. 15-CRS-402
Honorable Jose Luis Garza, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF PROSECUTION.

SIGNED September 28, 2016.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice